UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FERGUSON and NANCY FERGUSON, | No. 2:14-CV-00328-KJM-KJN |
| Plaintiffs, | |
| v. | ORDER |
| JPMORGAN CHASE BANK, N.A., | |
| Defendant. | |

        In the court's September 25, 2014 Status Order, the parties were directed to inform the court of their efforts to exhaust private settlement efforts by February 14, 2015.  Because the parties have not informed the court otherwise, the court assumes private settlement efforts have been exhausted and refers this case to the court's Voluntary Dispute Resolution Program.

        Accordingly, this matter is referred to the court's ADR Coordinator, Sujean Park, for referral to VDRP in sixty days from the filed date of this order, for the convening of a VDRP session to take place in thirty to sixty days thereafter.  A principal with full settlement authority for each party shall appear at the VDRP session.

/////

/////

/////

In the event no VDRP panelist is available during the time frame set forth above, the case will be referred to another judge of this court for settlement. The parties are reminded to promptly notify the court if they settle this case prior to the scheduled VDRP conference date.

IT IS SO ORDERED.

DATED: February 24, 2015.

_____
UNITED STATES DISTRICT JUDGE